UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEADS UP PENNY, INC,

                Plaintiff,

  -against-

CITY OF NEWBURGH, et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2025

No. 22-cv-2796 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On March 27, 2023, this Court issued its Opinion and Order dismissing Plaintiff's Complaint in its entirety, without prejudice. (ECF No. 33.) The Court advised the Plaintiff therein that if Plaintiff did not file an Amended Complaint on or before April 26, 2023, the Court would dismiss the Complaint with prejudice. As of April 14, 2025, Plaintiff has failed to file an Amended Complaint and has neither requested an extension nor advised the Court of why it has failed to do so.

Accordingly, the Court DISMISSES with prejudice Plaintiff's Complaint and directs the Clerk of Court to terminate the instant action.

Dated:   April 14, 2025
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1