**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEADS UP PENNY, INC,

                Plaintiff,

   -against-                                    22 **CIVIL** 2796 (NSR)

                                                      **JUDGMENT**

CITY OF NEWBURGH, et al,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2025, this Court issued its Opinion and Order on March 27, 2023, dismissing Plaintiff's Complaint in its entirety, without prejudice. (ECF No. 33.) The Court advised the Plaintiff therein that if Plaintiff did not file an Amended Complaint on or before April 26, 2023, the Court would dismiss the Complaint with prejudice. As of April 14, 2025, Plaintiff has failed to file an Amended Complaint and has neither requested an extension nor advised the Court of why it has failed to do so. The Court has DISMISSED Plaintiff's Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 15, 2025

                                                           **TAMMI M HELLWIG**

                                                           **Clerk of Court**

                            **BY:**            K. Mango

                                                           **Deputy Clerk**